JOSEPH A. PESANT, Appellant, *v.* JOHN GARCIA, impleaded, etc., Respondent.

(Argued January 17, 1876; decided January 25, 1876.)

*N. C. Moak* for the appellant.

*B. E. Valentine* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.